**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KATIE ANN BARCELO and JUSTIN ROBERTS,

Plaintiffs,

v.

CITY OF SAN DIEGO, *et al.*,

Defendants.

Case No. 25-cv-0329-BAS-AHG

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**
**(ECF No. 40)**

Presently before the Court is Plaintiffs' Unopposed Motion for Leave to File Third Amended Complaint.  (ECF No. 40.)  "In general, a court should liberally allow a party to amend its pleading."  *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan*, *Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court 'shall grant leave to amend freely 'when justice so requires.'"").  Having reviewed and considered Plaintiffs' Unopposed Motion (ECF No. 40), the Court **GRANTS** Plaintiffs' leave to file their Third Amended Complaint.  *See* Fed. R. Civ. P. 15(a).  Plaintiffs shall file their Third Amended Complaint on the docket no later than **May 7, 2026**.

**IT IS SO ORDERED.**

**DATED: April 30, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv0329